# FILED

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS          MAR 2 7 2008

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

(713) 250-5400
MICHAEL W. DOBBINS  Fax (713) 250-5014
CLERK, U.S. DISTRICT COURT  www.txs.uscourts.gov

TO:    United States District Court,  Northern District of Illinois, Eastern Division

RE:    Transfer of Civil Action No. 4:08-CV-0364 United States of Amerca v. $135,000
       US Currency

Dear Sir/Madam:

Enclosed is certified copy of the transfer order and docket sheet in the above captioned case.  The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

08CV1780
JUDGE COAR
MAGISTRATE JUDGE COLE

Sincerely,

Michael N. Milby, Clerk

March 19, 2008
Date

By: _____
Deputy Clerk

---

Please complete and return acknowledgment to this office.

Received and filed under Civil Action _____

on _____.

Clerk, United States District Court

By: _____
Deputy Clerk

KC **F I L E D**

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CLOSED**

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:08-cv-00364
### Internal Use Only

United States Of America v. $135,000.00 U.S. Currency. **DO NOT DOCKET.CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Gray H. Miller
Cause: 21:881 Forfeiture Property-Drugs

Date Filed: 01/08/2008
Date Terminated: 03/18/2008
Jury Demand: None
Nature of Suit: 690
Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States Of America**

represented by **Katherine Haden**
Office of the US Attorney
P O Box 61129
Houston, TX 77208
713-567-9365
Fax: 713-718-3404
Email:
Katherine.haden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

08CV1780
JUDGE COAR
MAGISTRATE JUDGE COLE

V.

**Defendant**

**$135,000.00 U.S. Currency**

**Claimant**

**Robert Walston**

represented by **George E Becker**
George E Becker, PC
33 N LaSalle Street
Ste 3300
Chicago, IL 60602
312-236-2803
Email:
george_becker@sbcglobal.net

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk

By _____
Deputy Clerk

Page 2 of 3

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2007 | ● 1 | COMPLAINT against $135,000.00 U.S. Currency filed by United States Of America.(mewilliams, ) (Entered: 01/31/2008) |
| 02/01/2008 | ● 2 | RECUSAL ORDER. Judge Samuel B Kent recused. Deadlines in scheduling orders continue in effect. Court settings are vacated..( Signed by Judge Samuel B Kent ) Parties notified. (bthomas, ) (Entered: 02/04/2008) |
| 02/06/2008 | ● 3 | NOTICE of Reassignment. Case reassigned to Judge Gray H. Miller. Parties notified, filed. (mmapps, ) (Entered: 02/06/2008) |
| 02/14/2008 | ● 4 | *Summons and Warrant for Arrest* by United States Of America, filed.(Haden, Katherine) (Entered: 02/14/2008) |
| 02/15/2008 | ● | Summons and Warrant for Arrest Issued as to $135,000.00 U.S. Currency, filed.(espencer, ) (Entered: 02/15/2008) |
| 03/11/2008 | ● 5 | CLAIM filed by Robert Walston.(bdaniel, ) (Entered: 03/12/2008) |
| 03/11/2008 | ● 6 | NOTICE OF FILING re: 5 Claim by Robert Walston, filed. (bdaniel, ) (Entered: 03/12/2008) |
| 03/11/2008 | ● 7 | ANSWER to 1 Verified Complaint For Civil Forfeiture In Rem by Robert Walston, filed.(bdaniel, ) (Entered: 03/12/2008) |
| 03/11/2008 | ● 8 | NOTICE OF FILING re: 7 Answer to Verified Complaint by Robert Walston, filed. (bdaniel, ) (Entered: 03/12/2008) |
| 03/11/2008 | ● 9 | MOTION for George E. Becker to Appear Pro Hac Vice by Robert Walston, filed. Motion Docket Date 3/31/2008. (bdaniel, ) (Entered: 03/12/2008) |
| 03/11/2008 | ● 10 | NOTICE re: 9 MOTION for George E. Becker to Appear Pro Hac Vice by Robert Walston, filed. (bdaniel, ) (Entered: 03/12/2008) |
| 03/13/2008 | ● 11 | RETURN of Service Executed as to Lorena Carmen Noriega Robles on 2/27/08 re: Process Receipt and Return, filed. (Haden, Katherine) (Entered: 03/13/2008) |

| 03/13/2008 | ◑ 12 | RETURN of Service Executed as to Victor Matos on 3/3/08 re: Process Receipt and Return, filed.(Haden, Katherine) (Entered: 03/13/2008) |
|---|---|---|
| 03/13/2008 | ◑ 13 | RETURN of Service Executed as to Robert Walston on 2/27/08 re: Process Receipt and Return, filed.(Haden, Katherine) (Entered: 03/13/2008) |
| 03/14/2008 | ◑ 14 | *Government's Unopposed Motion to Transfer Case and attached Order* by United States Of America, filed. Motion Docket Date 4/3/2008. (Attachments: # 1)(Haden, Katherine) Motion added on 3/18/2008 (ltien, ). (Entered: 03/14/2008) |
| 03/18/2008 | ◑ 15 | ORDER TO TRANSFER CASE to Northern District of Illinois, Eastern Division; granting 14 MOTION to Transfer Case.( Signed by Judge Gray H. Miller ) Parties notified. (sbyrum, ) (Entered: 03/19/2008) |
| 03/18/2008 | ◑ | (Court only) ***Case Terminated. (sbyrum, ) (Entered: 03/19/2008) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA,                      §
                                               §
        *Plaintiff,*          KC F I L E D      §
                                               §
v.                             MAR 2 7 2008     §    CIVIL ACTION H-08-364
                                               §
$135,000 U.S. CURRENCY,     MICHAEL W. DOBBINS §
                            CLERK, U.S. DISTRICT COURT
        *Defendant.*                           §

08CV1780
JUDGE COAR
MAGISTRATE JUDGE COLE

**ORDER**

The Government's unopposed motion to transfer case to the United States District Court for

the Northern District of Illinois (Dkt. 14) is GRANTED.  Pursuant to 28 U.S.C. § 1404(a), it is

therefore ORDERED that this civil action is TRANSFERRED to the United States District Court

for the Northern District of Illinois, Eastern Division.  The Clerk of the Court is ORDERED to

transfer this case to the Clerk of the Court for the United States District Court in the Northern

District of Illinois, Eastern Division for assignment to a court in that district.

Signed at Houston, Texas on March 18, 2008.

_____
Gray H. Miller
United States District Judge

TRUE COPY I CERTIFY
ATTEST
MICHAEL N. MILBY, Clerk
By_____
                    Deputy Clerk

UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-  *08-364* |
| | § | |
| | § | |
| $135,000.00 U.S. CURRENCY | § | |
| Defendant. | § | |

## VERIFIED COMPLAINT  FOR CIVIL FORFEITURE  IN  REM

The United States of America,  Plaintiff, files this action for forfeiture

against $135,000.00 U.S. Currency, and alleges on information and belief that:

1.  This is a civil action in rem brought to enforce the provisions of

21 U.S.C. § 881(a)(6) which provides for the forfeiture of property  used or

intended to be used in exchange for controlled substances, or represents proceeds

of trafficking in controlled substances, or was used or intended to be used to

facilitate a violation of Title II of the Controlled Substance Act, 21 U.S.C. §801 et

seq.

2.  The property subject to forfeiture is $135,000.00 U.S. Currency, hereafter

referred to as Defendant Currency.

3.  The Defendant Currency is subject to forfeiture as drug proceeds,

currency used or intended to be used in exchange for a controlled substance, or

currency used to facilitate a violation of the Controlled Substances Act.

4.  This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.  The Defendant Currency will remain within the jurisdiction of this Court during the pendency of this action.

5.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355, 1391(b) and 1395(a) and (b).

6.  Victor Matos, Robert Walston and Lorena del Carmen, Walston's wife, filed claims against the $135,000.00 in administrative forfeiture proceedings.

7.  The $135,000.00 U.S. Currency, hereafter referred to as Defendant Currency, was seized from the trunk of Robert Walston's car pursuant to a consensual search following a traffic stop. The vehicle was driven by Victor Matos and occupied by Robert Walston and Lorena del Carmen.

8.  The Defendant Currency was intended as part of a down payment toward the purchase of 80 kilograms of cocaine for $13,500.00 per kilogram of cocaine.

9.  In May and June 2007, Matos and Walston drove to Houston from Chicago and met with one or more individuals to negotiate the purchase of 80 kilograms of cocaine.

10.  During their June stay in Houston, Walston flew to Chicago and back to obtain more money for the cocaine purchase. He purchased one-way flights to

Chicago and back to Houston. Walston later gave untruthful statements to

Immigration and Customs Enforcement (ICE) agents regarding his recent travels to

Houston. He denied ever flying to Houston, and he claimed his last trip to Houston

occurred a long time ago when he was a commercial truck driver, rather than in

May 2007.

11.  Matos offered to pay individuals a down payment of $135,000.00,

along with other personal property, toward the purchase of the 80 kilograms of

cocaine.

12.  Following the traffic stop, Matos told ICE agents that the Defendant

Currency belonged to Walston and that he came with Walston and his wife to

Houston to purchase trucks. Matos was unable to produce any brochures or

information on any trucks. Matos claimed he was self-employed in the real estate

business.

13.  Walston and his wife gave inconsistent statements regarding the purpose

of their trip. Walston told agents that the money was to be used to purchase a

commercial truck, while Lorena del Carmen stated they had traveled to Houston to

look for investments or to open a business. She did not specify what type of

investments they were researching.

<u>NOTICE TO ANY POTENTIAL CLAIMANT</u>

YOU ARE HEREBY NOTIFIED if you assert an interest in the property

subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The verified claim must be filed no later than 35 days from the date this complaint is sent in accordance with 18 U.S.C. § 985 and Rule G(4)(b).

An answer or motion under Fed. R.Civ.P. 12 must be filed no later than 20 days after filing the claim. The claim and answer must be filed with the United States District Clerk for the Southern District of Texas and a copy must be served upon the undersigned Assistant United States Attorney at the address provided in this complaint.

PRAYER

WHEREFORE, the United States of America prays:

1. Summons issue according to the normal procedure of this Court citing all persons having an interest in the above described defendant currency to appear on the return day of process by filing a claim and answer pursuant to Rule G, Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered by the Court;

2. That Warrant of Arrest issue commanding the arrest of the property;

3. That judgment of forfeiture to the United States be decreed against the Defendant Currency; and

4. For costs and such other and further relief to which plaintiff may be entitled.


Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY


By: /S/ Katherine Haden
    Katherine L. Haden
    Assistant United States Attorney
    P.O. Box 61129
    919 Milam, Suite 1500
    Houston, Texas 77208
    (713) 567-9365

## VERIFICATION

Before me, the undersigned authority, personally appeared, Mark R. Stewart,

Department of Homeland Security, Immigration and Customs Enforcement, and upon

being duly sworn, stated under oath that he has read the foregoing Verified Complaint

for Forfeiture In Rem and the facts stated in the complaint in paragraphs 6-13, are

based upon either personal knowledge or from information obtained from reports and

law enforcement personnel, and are true and correct to the best of his knowledge and

belief.

_____
Mark R. Stewart,
Special Agent, ICE

Sworn to and subscribed before me, the undersigned authority,
on this 28th day of November 2007.

_____
Notary Public, State of Texas
My commission expires: ___1/13/2011___ .

TAMELA ALICIA HERRERA
MY COMMISSION EXPIRES
January 13, 2011

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Court.
Southern District of Texas
FILED

MAR 1 1 200?

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION No.  4:08-CV-00364 |
| | ) | |
| $135,000.00 U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

Now comes Claimant, ROBERT WALSTON, by his attorney GEORGE E. BECKER and answers to the Verified Complaint for Civil Forfeiture in REM as follows:

1.    This is a civil action in rem brought to enforce the provisions of 21 U.S.C. §881 (a)(6) which provides for the forfeiture of property used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of Title II of the Controlled Substance Act, 21 U.S.C. §801 et seq.

**ANSWER:**    The Claimant admits that the action is brought pursuant to the statute alleged, but denies that the seized property was used or intended to be used in exchange for controlled substances.

2.    The property subject to forfeiture is $135,000.00 U.S. Currency, hereafter referred to as Defendant Currency.

**ANSWER:**    Claimant admits the allegations in paragraph 2.

3.    The Defendant Currency is subject to forfeiture as drug proceeds, currency used or intended to be used in exchange for a controlled substance, or currency used to facilitate a violation of the Controlled Substances Act.

**ANSWER:**    Claimant denies the allegations in paragraph 3.

4.    This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.  The Defendant Currency will remain within the jurisdiction of this Court during the pendency of this action.

**ANSWER:**    Claimant admits the allegations in paragraph 4.

5.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355, 1391(b) and 1395 (a) and (b).

**ANSWER:**    Claimant admits the allegations in paragraph 5.

6.    Victor Matos, Robert Walston and Lorena del Carmen, Walston's wife, filed claims against the $135,000.00 in administrative forfeiture proceedings.

**ANSWER:**    Claimant admits that he filed a claim for the $135,000.00 U.S.C.  He denies Matos and Del Carmen filed claims to the money.

7.    The $135,000.00 U.S. Currency, hereafter referred to as Defendant Currency, was seized from the trunk of Robert Walston's car pursuant to a consensual search following a traffic stop.  The vehicle was driven by Victor Matos and occupied by Robert Walston and Lorena del Carmen.

**ANSWER:**    Claimant admits the $135,000.00 U.S.C. was seized from the trunk of his motor vehicle.  Claimant denies there was a valid traffic stop and further denies consent was given for the search.  Claimant admits Victor Matos was driving the vehicle and that Lorena Del Carmen and Robert Walston were passengers in the vehicle.

2

8.      The Defendant Currency was intended as part of a down payment toward the purchase of 80 kilograms of cocaine for $13,500.00 per kilogram of cocaine.

**ANSWER:**    Claimant denies the allegations in paragraph 8.

9.      In May and June 2007, Matos and Walston drove to Houston from Chicago and met with one or more individuals to negotiate the purchase of 80 kilograms of cocaine.

**ANSWER:**    Claimant admits that he has driven to Houston, Texas with Matos. Claimant denies he negotiated any deal for the purchase of cocaine.

10.      During their June stay in Houston, Walston flew to Chicago and back to obtain more money for the cocaine purchase.  He purchased one-way flights to Chicago and back to Houston.  Walston later gave untruthful statements to Immigration and Customs Enforcement (ICE) agents regarding his recent travels to Houston.  He denied ever flying to Houston, and he claimed his last trip to Houston occurred a long time ago when he was a commercial truck driver, rather than in May 2007.

**ANSWER:**    Claimant admits flying from Houston to Chicago and back in June, 2007.  He denies the purpose of the trip was to obtain money for the purchase of cocaine.  Claimant further denies he gave untruthful statements to Immigration and Customs Enforcement Agents.

11.      Matos offered to pay individuals a down payment of $135,000.00 along with other personal property, toward the purchase of the 80 kilograms of cocaine.

**ANSWER:**    Claimant is without knowledge or information to answer to what Matos said or did on an unknown date or time.  The Claimant denies that he had any knowledge of Matos offering anyone one hundred thirty five thousand dollars U.S.C. for the purpose of cocaine.

12.      Following the traffic stop, Matos told ICE agents that the Defendant Currency belonged to Walston and that he came with Walston and his wife to Houston to purchase trucks.

Matos was unable to produce any brochures or information on any trucks. Matos claimed he was self-employed in the real estate business.

**ANSWER:**    Claimant is without knowledge or information to answer to the specifics of any interview between Matos and ICE agents for which he was not present, however Claimant denies the alleged statements provide any basis for forfeiture.

13.    Walston and his wife gave inconsistent statements regarding the purpose of their trip. Walston told agents that the money was to be used to purchase a commercial truck, while Lorena del Carmen stated they had traveled to Houston to look for investments or to open a business. She did not specify what type of investments they were researching.

**ANSWER:**    Claimant admits he told agents that he traveled to Houston to purchase a commercial truck. The Claimant is without information to answer to the specifics of any interview between Del Carmen and ICE agents; however Claimant denies her alleged statement provides any basis for forfeiture.

Wherefore the Claimant, ROBERT WALSTON, prays that this Court enter an order releasing the $135,000.00 U.S.C. to him as his rightful property, deny the forfeiture claim of the United States, for costs and for other such relief as is fair and equitable.

Respectfully submitted,

_____
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803

4

## **VERIFICATION**

The undersigned, ROBERT WALSTON, duly sworn under oath verifies that the Answer to the Verified Complaint for Civil Forfeiture in REM is true and correct.

_Robert Walston_
Robert Walston

Subscribed and Sworn to before me

on this __7th__ day of March, 2008.

_Elizabeth Calderon_
(Notary)

```
"OFFICIAL  SEAL"
ELIZABETH CALDERON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/16/2010
```

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

United States Courts
Southern District of Texas
FILED

MAR 1 1 2008

## Motion and Order for Admission *Pro Hac Vice*

Michael N. Milby, Clerk

| Division | HOUSTON | Action Number | 4:08-CV-00364 |
|---|---|---|---|

| UNITED STATES OF AMERICA, |
|---|
| *versus* |
| $135,000.00 U.S. CURRENCY. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | GEORGE E. BECKER |
| Firm | GEORGE E. BECKER, P.C. |
| Street | 33 N. LaSalle Street - Suite 3300 |
| City & Zip | Chicago 60602 |
| Telephone | (312) 236-2803 |
| Facsimile | (312) 236-8385 |
| Email | george_becker@sbcglobal.net |
| State & Bar Number | Illinois 6180685 |
| U.S. District Court | N.D. Illinois, C.D. Illinois, E.D. Wisconsin |

Seeks to appear as the attorney for this party:

| ROBERT WALSTON, Claimant | |
|---|---|
| Date    3/10/08 | Signature |

| Order: | This attorney is admitted *pro hac vice*. |
|---|---|

Signed: _____, 200____.


_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION No.  4:08-CV-00364 |
| | ) | |
| $135,000.00 U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

### AVERMENT

The undersigned George E. Becker being duly sworn under oath states:

1.    That he has a copy of Judge Miller's Procedures and has read same.

2.    That he has obtained a copy of the local rules and is in the process of reading same to familiarize himself with said rules.

_____
George E. Becker

Subscribed and sworn to before
me on this __10th__ day of March, 2008

_____
Notary

"OFFICIAL    SEAL"
ELIZABETH  CALDERON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/16/2010

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803