**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>            Plaintiff, )<br> )<br>vs. )<br> )<br>$135,000.00 U.S. CURRENCY, )<br> )<br>            Defendant. ) | No. 08-C-1780<br><br>Judge David H. Coar |

**NOTICE OF FILING**

TO:   Stephen D. Anderson
      Assistant United States Attorney
      219 S. Dearborn St., Room 500
      Chicago, IL 60604

   PLEASE TAKE NOTICE that on April 11, 2008 I caused to be filed the attached **CLAIMANT'S OBJECTION TO MOTION FOR STAY OF CIVIL FORFEITURE PROCEEDINGS OR IN THE ALTERNATIVE** at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois.

                                        Respectfully submitted,

                                        s/George E. Becker
                                        George E. Becker
                                        Attorney for Claimant Robert Walston

**CERTIFICATE OF SERVICE**

   The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing.

                                        s/George E. Becker
                                        George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803