**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United States Of America

                            Plaintiff,

v.                                                                   Case No.: 1:08–cv–01780
                                                                      Honorable David H. Coar

$135,000 U.S. Currency

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/15/2008 regarding motion to stay [19]. Status hearing held on 4/15/2008. Hearing as to motion to stay [19] set for 5/2/2008 at 10:00 A.M. In Court hearing set for 5/2/2008 at 10:00 AM. The Agent's reports as to the stop and seizure are to be made available to the defense counsel. The hearing scheduled for 5/2/2008 will focus on the stop and seizure and the discrepancy of the cause action. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.