UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 C 1780 |
| v. | ) | |
| | ) | Judge David H. Coar |
| $135,000 IN U.S. CURRENCY | ) | |

NOTICE OF MOTION

TO:     ECF FILERS

     PLEASE TAKE NOTICE that on Monday, April 28, 2008 at 9:00 a.m., I will appear before Judge David H. Coar in Courtroom 1419, the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois or before such other judge who may be sitting in hisplace and stead, and then and there present **MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF EVIDENTIARY HEARING**, at which time you may appear if you see fit.

     /s/ Stephen D. Andersson
     STEPHEN D. ANDERSSON
     Assistant United States Attorney

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK   )

     Stephen D. Andersson , being first duly sworn, on oath deposes and says that he is employed in the Office of the United States Attorney for the Northern District of Illinois, that on the 28th day of April, 2008, **MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF EVIDENTIARY HEARING,** pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

     /s/ Stephen D. Andersson
     STEPHEN D. ANDERSSON
     Assistant United States Attorney