**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-C-1780 |
| | ) | |
| $135,000.00 U.S. CURRENCY, | ) | Judge David H. Coar |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO: Stephen D. Anderson
Assistant United States Attorney
219 S. Dearborn St., Room 500
Chicago, IL 60604

PLEASE TAKE NOTICE that on April 25, 2008 I caused to be filed the attached **RESPONSE TO MOTION FOR RECONSIDERATION OF COURT'S EVIDENTIARY HEARING** at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois.

Respectfully submitted,

s/George E. Becker
George E. Becker
Attorney for Claimant Robert Walston

**CERTIFICATE OF SERVICE**

The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing.

s/George E. Becker
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803