## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1780 | **DATE** | 4/28/2008 |
| **CASE TITLE** | U.S.A. vs. 135,000 U.S. Currency | | |

**DOCKET ENTRY TEXT**

Motion hearing on 4/28/2008 regarding # 25. Motion for Reconsideration of this Court's order of Evidentiary Hearing is granted. This action is stayed pending further order of Court. The Untied States is given leave to file the ex parte submission in support of Motion to Reconsider under seal. Motion [19] to Stay is terminated. The hearing date of 5/2/2008 is stricken and terminated. Status hearing set for May 28, 2008 at 9:30 a.m.        /s/David H. Coar
        David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|