UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1780 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| $135,000 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUED STAY OF CIVIL FORFEITURE PROCEEDINGS**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, respectfully moves that this Court continue to stay this civil forfeiture proceeding. In support of this motion, the United States of America states as follows:

1. On April 28, 2008, this Court stayed action in this case pending further order of the Court, and set a status hearing for May 28, 2008.

2. The United States' criminal investigation of the facts underlying this civil forfeiture case continues. Simultaneous with this filing, the United States has filed *United States Ex Parte Submission in Support of Motion to Continue Stay* setting forth salient aspects of the United States' continued criminal investigation.

3. The United States respects and appreciates this Court's concern that this civil case not be unnecessarily delayed, and shares that concern. For that reason, the United States is attempting to conduct and complete the criminal investigation in an expeditious manner that is fair both to the United States and the Claimant. But, as the *ex parte* submission shows, despite the United States' efforts, that investigation is not complete and it would be premature at this time for

the United States either to decline the case or to seek an indictment.  As the facts in that *ex parte* submission and the United States' initial *ex parte* submission filed April 23, 20008 demonstrate, it is for this type of situation that 18 U.S.C. § 881(g) was enacted, and its language directs that "the court *shall* stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect (emphasis added)" a criminal investigation or prosecution.  The United States again respectfully suggests that, in this case, the premature exposure of United States witnesses, documents, and other evidence will adversely affect  both  the United States' ongoing grand jury investigation and the future prosecution of this criminal conduct.  Further, seeking the earlier return of an indictment against himself may not necessary be in the Complainant's best interests.

      4.      Claimant Walston already is under indictment in this district, charged  in 07 CR 580, and awaiting trial before Judge Charles P. Kocoras (superseding indictment filed March 6, 2008, with the next status set for August 14, 2008).  If this civil forfeiture proceeding were to go forward during the pendency of that proceeding (let alone during the pendency of the underlying criminal investigation of this matter), it is questionable how complete and reciprocal discovery would be.  It is suggested that Claimant Walston, and other relevant witnesses, would be claiming their Fifth Amendment privilege in response to many, if not most, questions asked by the United States.

WHEREFORE, the United States respectfully requests that this Court continue to stay this civil forfeiture proceeding pending the resolution of the related criminal investigation.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By:s/ Stephen D. Andersson
           STEPHEN D. ANDERSSON
           Assistant United States Attorney
           219 S. Dearborn, Room 500
           Chicago, Illinois 60604
           (312) 353-5300

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION FOR CONTINUED STAY OF CIVIL FORFEITURE PROCEEDINGS**

was served on May 22, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/ Stephen D. Andersson
STEPHEN D. ANDERSSON
Assistant United States Attorney
219 S. Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5300