UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1780 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| $135,000 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   George E. Becker
      George E. Becker, P.C.
      33 N. LaSalle Street - Suite 3300
      Chicago, IL 60602

PLEASE TAKE NOTICE that on WEDNESDAY, MAY 28, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, I will appear before Judge David H. Coar in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**MOTION FOR CONTINUED STAY OF CIVIL FORFEITURE PROCEEDINGS**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Stephen D. Andersson
     STEPHEN D. ANDERSSON
     Assistant United States Attorney
     219 S. Dearborn, Room 500
     Chicago, Illinois 60604
     (312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF MOTION**

was served on May 22, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/ Stephen D. Andersson
STEPHEN D. ANDERSSON
Assistant United States Attorney
219 S. Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5300