UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1780 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| $135,000 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBMITTING *IN CAMERA EX PARTE* DOCUMENT
TO JUDGE DAVID H. COAR FOR *IN CAMERA* INSPECTION**

To:   George E. Becker
      George E. Becker, P.C.
      33 N. LaSalle Street - Suite 3300
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on THURSDAY, MAY 22, 2008, I caused to be submitted to Judge David H. Coar an *Ex Parte In Camera* document.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By: s/ Stephen D. Andersson
                                  STEPHEN D. ANDERSSON
                                  Assistant United States Attorney
                                  219 S. Dearborn, Room 500
                                  Chicago, Illinois 60604
                                  (312) 353-5300

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF SUBMITTING *IN CAMERA EX PARTE* DOCUMENT**
**TO JUDGE DAVID H. COAR FOR *IN CAMERA* INSPECTION**

was served on May 22, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        By:    s/ Stephen D. Andersson
                STEPHEN D. ANDERSSON
                Assistant United States Attorney
                219 S. Dearborn Street, Room 500
                Chicago, Illinois 60604
                (312) 353-5300