**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 1780 |
| | ) | |
| $135,000.00 U.S. CURRENCY, | ) | Judge David H. Coar |
| | ) | |
| Defendant. | ) | |

## OBJECTION TO CONTINUED STAY OF FORFEITURE PROCEEDINGS

Now comes Claimant, ROBERT WALSTON, by his attorney GEORGE E. BECKER and objects to the Government's continued stay of the forfeiture proceedings in this case. In support of this objection the Claimant states:

1.     This forfeiture action arises out of a pretextual traffic stop in Texas in June, 2007. During the stop a warrantless search was conducted of Claimant's vehicle during which the proceeds of this case were seized.

2.     Almost one year has passed since the seizure of the money. The government provided Claimant with either a false or mistaken reason for the seizure. Since the seizure the Claimant has not had access to any reports which provide a basis for the stop or seizure.

3.     After Claimant challenged the forfeiture action in March, 2008, suddenly the matter turned into a criminal investigation and the government now claims its investigation of the money will be compromised.

4.     The Government then muddies the waters by advising this Court that Claimant has an indictment pending in this District. The Government is well aware that all of the alleged facts leading to that indictment occurred long before the money was seized in this case.

Moreover, the pending indictment alleges the manipulation of voter registrations in a union election, a far cry from any conduct the government claims to be investigating in this case.  The Claimant has not requested a stay based on the indictment and none is needed since the allegations in the indictment are remote in time, location and factual basis as they relate to the forfeiture in this case.

  5. That due process and the right to fundamental fairness require this Court to allow the forfeiture matter to move forward through the discovery process.  This Court could tailor an order which allows discovery without any disclosure to third parties.

  Wherefore the Claimant, ROBERT WALSTON, prays that this Court deny the Government's motion to continue the stay order.

      Respectfully submitted,


      s/George E. Becker
      GEORGE E. BECKER
      Attorney for Claimant Robert Walston
      GEORGE E. BECKER, P.C.
      33 N. LaSalle Street – Suite 3300
      Chicago, Illinois 60602
      (312) 236-2803