UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | No. 08 C 1780 |
| v. | ) ) ) | Judge David H. Coar |
| $135,000 IN U.S. CURRENCY | ) ) | |
| Defendant. | ) | |

**NOTICE OF SUBMITTING UNITED STATES' SECOND EX PARTE SUBMISSION IN SUPPORT OF MOTION TO CONTINUE STAY TO JUDGE DAVID H. COAR FOR *IN CAMERA* INSPECTION**

To:   George E. Becker
      George E. Becker, P.C.
      33 N. LaSalle Street - Suite 3300
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on TUESDAY, MAY 27, 2008, I caused to be submitted to

Judge David H. Coar an *Ex Parte In Camera* document.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

            By:    s/ Stephen D. Andersson
                   STEPHEN D. ANDERSSON
                   Assistant United States Attorney
                   219 S. Dearborn, Room 500
                   Chicago, Illinois 60604
                   (312) 353-5372

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF SUBMITTING UNITED STATES' SECOND EX PARTE SUBMISSION IN SUPPORT OF MOTION TO CONTINUE STAY TO JUDGE DAVID H. COAR FOR *IN CAMERA* INSPECTION**

was served on May 27, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/ Stephen D. Andersson
STEPHEN D. ANDERSSON
Assistant United States Attorney
219 S. Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5372