## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1780 | **DATE** | 5/28/2008 |
| **CASE TITLE** | United States of America vs. $135,000 in U.S. Currency | | |

**DOCKET ENTRY TEXT**

Status and Motion hearing held on 5/28/2008. For and as stated on the record, The United States of America's Motion for Continued Stay of Civil Forfeiture Proceedings is Granted to July 10, 2008. This action is stayed until July 10, 2008. Status hearing continued to July 9, 2008 at 9:00 a.m.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|