UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | No. 08 C 1780 |
| v. | ) ) ) | Judge David H. Coar |
| $135,000 IN U.S. CURRENCY | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SUBMITTING UNITED STATES' THIRD EX PARTE
SUBMISSION IN SUPPORT OF MOTION TO CONTINUE STAY TO
JUDGE DAVID H. COAR FOR *IN CAMERA* INSPECTION**

To:   George E. Becker
      George E. Becker, P.C.
      33 N. LaSalle Street - Suite 3300
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on TUESDAY, JULY 8, 2008, I caused to be submitted to

Judge David H. Coar an *Ex Parte In Camera* document.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                    By:   s/ Stephen D. Andersson
                          STEPHEN D. ANDERSSON
                          Assistant United States Attorney
                          219 S. Dearborn, Room 500
                          Chicago, Illinois 60604
                          (312) 353-5372

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF SUBMITTING UNITED STATES' THIRD EX PARTE SUBMISSION IN SUPPORT OF MOTION TO CONTINUE STAY TO JUDGE DAVID H. COAR FOR *IN CAMERA* INSPECTION**

was served on July 8, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/ Stephen D. Andersson
STEPHEN D. ANDERSSON
Assistant United States Attorney
219 S. Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5372