UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1780 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| $135,000 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUED STAY OF CIVIL FORFEITURE PROCEEDINGS**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, respectfully moves that this Court continue to stay this civil forfeiture proceeding. In support of this motion, the United States of America states as follows:

1. On May 28, 2008, this Court stayed action in this case pending further order of the Court, and set a status hearing for July 9, 2008.

2. The United States' criminal investigation of the facts underlying this civil forfeiture case continues. Simultaneous with this filing, the United States has filed *United States Ex Parte Submission in Support of Motion to Continue Stay* setting forth salient aspects of the United States' continued criminal investigation.

3. The United States respects and appreciates this Court's concern that this civil case not be unnecessarily delayed, and shares that concern. For that reason, the United States is attempting to conduct and complete the criminal investigation in an expeditious manner that is fair both to the United States and the Claimant. But, as the *ex parte* submission shows, despite the United States' efforts, that investigation is not complete and it would be premature at this time for

the United States either to decline the case or to seek an indictment. As the facts in that *ex parte* submission and the United States' initial *ex parte* submissions filed April 23, 2008 and May 22, 2008 demonstrate, it is for this type of situation that 18 U.S.C. § 881(g) was enacted, and its language directs that "the court *shall* stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect (emphasis added)" a criminal investigation or prosecution. The United States again respectfully suggests that, in this case, the premature exposure of United States witnesses, documents, and other evidence will adversely affect both the United States' ongoing grand jury investigation and the future prosecution of this criminal conduct. Further, seeking the earlier return of an indictment against himself may not necessary be in the Complainant's best interests.

   4.  Claimant Walston already is under indictment in this district, charged in 07 CR 580, and awaiting trial before Judge Charles P. Kocoras (superseding indictment filed March 6, 2008, with the next status set for August 14, 2008). Also, the undersigned understands that Claimant Walston has been out in Mexico since about June 22, 2008, and is not expected to return until July 26, 2008. If this civil forfeiture proceeding were to go forward during the pendency of that proceeding (let alone during the pendency of the underlying criminal investigation of this matter), it is questionable how complete and reciprocal discovery would be. It is suggested that Claimant Walston, and other relevant witnesses, would be claiming their Fifth Amendment privilege in response to many, if not most, questions asked by the United States.

WHEREFORE, the United States respectfully requests that this Court continue to stay this civil forfeiture proceeding pending the resolution of the related criminal investigation.

                            Respectfully submitted,

                            PATRICK J. FITZGERALD
                            United States Attorney

By:    /s/Stephen D. Andersson
        STEPHEN D. ANDERSSON
        Assistant United States Attorney
        219 S. Dearborn, Room 500
        Chicago, Illinois 60604

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION FOR CONTINUED STAY OF CIVIL FORFEITURE PROCEEDINGS**

was served on July 8, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

          By:    s/ Stephen D. Andersson
                 STEPHEN D. ANDERSSON
                 Assistant United States Attorney
                 219 S. Dearborn Street, Room 500
                 Chicago, Illinois 60604
                 (312) 353-5372