**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States Of America

                      Plaintiff,

v.                                                  Case No.: 1:08–cv–01780
                                                      Honorable David H. Coar

$135,000 U.S. Currency

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable David H. Coar:Status hearing held. MOTION by Plaintiff United States Of America for Continued Stay of Civil Forfeiture Proceeding [41] is entered and continued to 7/30/2008 at 9:00 a.m. Motion hearing held on 7/9/2008 regarding motion for continued stay of proceedings [41]. Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.